AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| United States of America | ) | |
| :--- | :--- | :--- |
| v. | ) | |
| Timothy Charles Logan | ) | Case No.  8:23-mj-1206-SPF |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2, 2022 - July 16, 2022__ in the county of __Sarasota__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |
| 18 U.S.C. § 2251(a) | Production of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Receipt of Child Pronography |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Loretta Bush, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 3/1/2023

_____
Judge's signature

City and state: Tampa, Florida

SEAN P. FLYNN, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Loretta Bush, being sworn to tell the truth, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since May 2016. I am presently assigned to the Tampa Division's Sarasota Resident Agency's Child Exploitation and Human Trafficking Task Force. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child sex trafficking, child pornography and the sexual exploitation of children, among other violations of federal law.

2. From March 2021 to the present, I have worked crimes against children violations in the Tampa Division. I have participated in investigations of persons suspected of violating federal child pornography and child sex trafficking laws, including 18 U.S.C. §§ 2251, 2252, 2422, and 1591. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also received training on crimes against children matters at various conferences and venues.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Timothy Charles LOGAN ("**LOGAN**"). This affidavit sets forth in more detail below, there is probable cause to believe that **LOGAN** has violated 18 U.S.C. §§ 2251(a), (production of child pornography), § 2252(a)(2) (receipt of child pornography), and 2252(a)(4)(b) (possession of child pornography).

4. The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and by law enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest **LOGAN**, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE

18. On or about December 7, 2022, I was provided information by Sarasota County Sheriff's Office ("SCSO") that SCSO was investigating Snapchat user "Foreverboard14" (later identified as an account utilized by **LOGAN**) referencing allegations of production of child sexual abuse material ("CSAM"). Subsequently, the FBI began conducting a criminal investigation into **LOGAN's** illicit online activities with two minor victims – 12-year-old minor victim ("MV 1") and 13-year-old minor victim ("MV 2") – in violation of 18 U.S.C. §§ 2251(a) and 2252.

18. On or about July 19, 2022, SCSO identified and interviewed MV 1. MV 1 said that Snapchat username "foreverboard14", with display name "Jason C" (**LOGAN**), reached out to MV 1 on Snapchat. **LOGAN** began asking MV 1 for his age. MV 1, who was 12 years old, told **LOGAN** that he was 15 years old because MV 1 did not want to give out his real age. **LOGAN** said that he was a 19-year-old male.

19. **LOGAN** continued to message MV 1, eventually offering to pay $25.00 for 10 shirtless pictures of MV 1. On or about July 2, 2022, MV 1 sent "Jason C" 10 shirtless pictures via Snapchat and received $25.00 via Cash App. MV 1 recalled **LOGAN**'s Cash App name being "CC CONT".

20. The next request by **LOGAN** was for MV 1 to record himself taking a shower. **LOGAN** offered to pay MV 1 $80.00. MV 1 accepted the offer and sent a video of himself in the shower, to include his genitals, to **LOGAN** via Snapchat. On or about July 2, 2022, MV 1 received $80.00 via Cash App for the video of MV 1 in the shower.

21. The next video MV 1 made and sent to **LOGAN** via Snapchat was a video of MV 1 masturbating. On or about July 8, 2022, **LOGAN** paid MV 1 $140.00 via Cash App for the video of MV 1 masturbating.

22. On or about July 16, 2022, MV1 had MV2 over his residence, located in the Middle District of Florida. Late in the evening, Snapchat user **LOGAN** reached out to MV 1 and requested MV1 and a friend, MV2, make a sexually explicit video together. MV 1 and MV 2 went into MV 1's bedroom to make the video for **LOGAN**.

MV 1 used his phone and recorded MV 1 manually stimulating MV 2's erect penis. I have reviewed this video and determined that it meets the definition of CSAM.

23. MV 1 explained that he initially received payment from **LOGAN** via Cash App username "CC CONT". MV 1 had a bank card that he tried to connect to his Cash App account to be able to use the money. MV 1 said that this did not work for him and, eventually, MV 1 sent the money back to **LOGAN'S** Cash App account. **LOGAN** in return sent Amazon gift codes to MV 1 via Snapchat.

24. On or about July 28, 2022, pursuant to a Snapchat search warrant signed by a judge in the 12th Judicial Circuit, Florida, SCSO executed a search warrant for user account "foreverboard14". The following information was provided relevant to the subscriber information and internet protocol (IP) address:

```
User ID:          1e4b78a5-d4d3-4123-a09d-e880875a55d4
Email:            sarahaz1516@gmail.com
Account status:   Active
Username history:
                  Old value: foreverboard14
                  New value: proteinaddict14
                  Timestamp: Sun Jul 17 22:07:20 UTC 2022
```

Display name change:

```
                  Old value: Jason C
                  New value: Jason
                  Timestamp: Sun Jul 17 22:05:30 UTC 2022
```

IP addresses associated with account:

```
                  184.101.15.105    Wed Jun 22 13:09:35 UTC 2022
                  184.101.10.191    Sun Jun 26 18:52:46 UTC 2022
                  97.124.71.37      Mon Jun 27 15:53:46 UTC 2022
                  97.124.106.14     Sun Jul 17 01:21:10 UTC 2022
                  174.26.128.191    Sun Jul 17 21:24:31 UTC 2022
```

       174.26.144.107  Tue Jul 19 02:30:45 UTC 2022

25. I reviewed the Snapchat search warrant account's content, which revealed that **LOGAN** was directly messaging numerous Snapchat account users who appear to be young males. **LOGAN** would initiate the conversations and ask "Let me know if you want to make some side cash with fitness pics, i pay a lot of tik tok, Instagram guys and i believe a few of your friends, ill do cashapp, Amazon gift card codes, ps4, xbox. You'll make $50-$150 a week or more each time."

26. The review of the Snapchat account's contents also revealed a conversation where **LOGAN** provided his "insta" username as "forbor14". Based on my training and experience and knowledge of various social media platforms, I understand the term "insta" to be short for the platform Instagram. On or about January 20, 2023, I received a subpoena response from Instagram for user "forbor14" which revealed the registered email address was forbor14@gmail.com.

27. On or about August 2, 2022, SCSO received a subpoena response from Lumen Technologies for all the IP addresses listed in paragraph 24. The subscriber was listed as C.L. and M.L. at 1025 E Desert Hills Dr, Phoenix, AZ 85086. C.L. and M.L. are **LOGAN's** parents.

28. On or about September 2, 2022, SCSO received a subpoena response from Google LLC for email address sarahaz1516@gmail.com. A review of the information revealed the account associated with sarahaz1516@gmail.com logged in on July 25, 2022, using IP address 174.26.144.107. SCSO received a subsequent

subpoena response from Lumen Technologies for this IP address and login session. The results revealed the subscriber was listed as M.L. at 1025 E Desert Hills Dr., Phoenix, AZ 85086. On or about January 26, 2022, I received a subpoena response from Google LLC for email address forbor14@gmail.com which revealed that the associated account logged on using the same IP address, 174.26.144.107, on July 25, 2022.

29. On or about January 17, 2023, I received a subpoena response from Snapchat for "proteinaddict14" (username "foreverboard14" changed to "protenaddict14"). The following IP addresses were provided: 97.124.64.251, 97.124.78.104, 97.124.89.184, 97.124.92.51, 97.124.94.113, 97.124.110.196, 174.26.141.84, and 184.101.20.37.

30. On or about January 18, 2023, I received a subpoena response from Lumen Technologies for all the IP addresses listed in paragraph 28. The subscriber was listed as M.L. at 1025 E Desert Hills Dr, Phoenix, AZ 85086.

31. On or about January 25, 2023, I received a subpoena response from Block, Inc., which provided the following information related to the Cash App username "CC Cont."

| | |
|---|---|
| Identity Verification Name: | Timothy Logan |
| Date of Birth: | 1981-10-10 |
| Street: | 1025 Desert Hills Estate Dr. Phoenix, AZ 85086 |
| Display Name History: | Tim Logan, J Cogan, CC Control, CC Cont., TC NORTH |
| Alias: | forbor14@gmail.com, XXX-XXX-8171 |

32. The Block, Inc. response also revealed multiple transactions on or about July 3, 2022, and July 8, 2022, between **LOGAN's** Cash App account and MV1's Cash App account. The amounts were consistent with MV1's statements.

33. I received a subpoena response from AT&T for telephone number XXX-XXX-8171 and was provided the following information:

```
Length of Service: 05/16/2018-Current
Username:          Tim Logan
Address:           1025 E Desert Hills Estate Dr., Phoenix, AZ 85086
Email:             TLOGANAZ81@gmail.com
```

34. A criminal history search of **LOGAN** revealed an arrest on or about February 7, 2002, by Phoenix Police Department and charged with State Offense Code 13-1410, Molestation of Child. An open-source search of criminal cases revealed **LOGAN** pleaded guilty to lesser charges and was sentenced to lifetime probation.

35. Driver's license database for Arizona indicate **LOGAN** has an active driver's license which does not expire until December 12, 2023. **LOGAN's** current driver's license was issued on December 12, 2022, and lists 1025 E Desert Hills Estate Dr., Phoenix, AZ 85086 as **LOGAN's** residence.

36. On or about January 8, 2023, Arizona probation services conducted a biannual residence check for **LOGAN** at 1025 E Desert Hills Estate Dr., Phoenix, AZ 85086 and verified this as **LOGAN's** current residence.

37. On March 1, 2023, the FBI executed a federal search warrant at **LOGAN's** residence. Agents located and seized a Samsung Tablet, model number

SM-T380, which also contained a 128 GB microSD card, from **LOGAN's** bedroom. The microSD card is inscribed with the words "Made in Taiwan". Members of the FBI Phoenix Computer Analysis Response Team (CART) conducted a forensic preview of the tablet. Forensic analysts found a file folder named "Vids" stored on the microSD card. The folder contained more than approximately 150 video files.

38. The FBI reviewed approximately 12 of the videos located in the "Vids" folder. The general nature of the videos appears to be screen recordings of various Snapchat conversations that depict young boys exposing their abdominals and penis for the camera. Agents observed a video file named "2-young-boys-on-cam with sound.mp4". This video is approximately 22 minutes and 32 seconds in length, and depicts two young boys, who appear to be under the age of 16. This video is a screen recording of an Omegle video chat. One of the boys is wearing a blue New York Giants t-shirt and the other boy is wearing a navy-blue New England Patriots t-shirt. The boys engage in sexual activity with each other for the camera throughout the video.

39. Further review of the Samsung tablet device revealed a Snapchat application was present and the account utilized had a display name of "Jason" and username "foreverboard14'. Agents also observed the Cash App application installed on the device with the account username "Jayforbor".

40. On March 1, 2023, during a post-*Miranda* interview, **LOGAN** confirmed his name, date of birth, address, and cellphone number as xxx-xxx-8171.

41. During the interview, **LOGAN** initially denied having a Cash App or social media accounts. FBI agents then showed **LOGAN** the subscriber information they had subpoenaed from Cash App for the account associated with **LOGAN**'s name, date of birth, and address. After reviewing the display names associated with the account, more specifically "CC Control" and "CC Cont.", **LOGAN** explained that the "CC" stood for Cave Creek. **LOGAN** further explained this name was associated with his lawncare business.

42. The FBI interviewed **LOGAN**'s mother, M.L. on March 1, 2023. M.L. recognized the name "foreverboard14" as a name **LOGAN** had used in the past for his business endeavors.

## CONCLUSION

43. Based on the above information, there is probable cause to believe that **LOGAN** is in violation of 18 U.S.C. §§ 2251(a), (production of child pornography), § 2252(a)(2) (receipt of child pornography), and 2252(a)(4)(b) (possession of child pornography). Accordingly, I respectfully request this Court issue an arrest warrant for Timothy Charles Logan.

Loretta Bush, Special Agent
Federal Bureau of Investigation

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone this _1st_ day of March, 2023.

SEAN P. FLYNN
United States Magistrate Judge